# <u>EXHIBIT A</u>

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| LINKS OF LONDON, INC., | Case No. 18-12365 (CSS) |
| Debtor. | |

**AFFIDAVIT OF ALAN M. ROOT IN SUPPORT OF APPLICATION OF THE
CHAPTER 7 TRUSTEE FOR ORDER AUTHORIZING RETENTION OF ARCHER &
GREINER, P.C. AS COUNSEL TO THE CHAPTER 7 TRUSTEE
*NUNC PRO TUNC* TO OCTOBER 19, 2018**

| | | |
|---|---|---|
| STATE OF DELAWARE | : | |
| | : | ss. |
| COUNTY OF NEW CASTLE | : | |

ALAN M. ROOT, of full age, being duly sworn, deposes and says:

1.      I am an attorney at law admitted to practice in the State of Delaware.  I am an associate of the law firm of Archer & Greiner, P.C. ("Archer"), which firm maintains offices at 300 Delaware Avenue, Suite 1100, Wilmington, Delaware 19801, among other locations.  I am familiar with the matters set forth herein and make this Affidavit in support of the application of David W. Carickhoff, as chapter 7 trustee (the "Trustee") of the estate of the above captioned debtor (the "Debtor"), seeking approval to retain Archer, effective as of October 19, 2018, as counsel to the Trustee pursuant to 11 U.S.C. § 327(a) and § 328 (the "Application").

2.      To the best of my knowledge, Archer is a "disinterested person" within the meaning of section 101(14) of title 11 of the United States Code (the "Bankruptcy Code") in that Archer and its attorneys:

1

(a)     are not creditors, equity security holders, or insiders of the Debtor;

(b)     are not, and were not within two years before the date of filing of the Debtor's chapter 7 petitions, directors, officers, or employees of the Debtor; and

(c)     do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

3.      Archer maintains a computerized conflict system which contains, *inter alia*, (1) a record of all present and former clients, (2) parties against whom or whose interests Archer has or is representing clients, and (3) other parties involved in or related to matters in which Archer has been or is involved.  The actual conflict search uses a fuzzy search method.  A search was performed on the names attached hereto as **Schedule 1**.

4.      I have reviewed the search results and have determined that the results do not indicate that Archer presently holds or represents any interest adverse to the Debtor, its creditors, the Trustee, or other parties in interest or their respective professionals in this case, except as described below.

(a)     Archer has previously represented Simon Property Group in matters unrelated to the Debtor.  Archer will not represent Simon Property in connection with this chapter 7 case.

5.      Archer has not previously represented clients in matters adverse to the Debtor or the Trustee.

6.      To the best of my knowledge and based upon my review of the search results, neither Archer nor any of its attorneys have any connection with the attorneys and staff of the Office of the United States Trustee for the District of Delaware or the bankruptcy judges listed on **Schedule 1** attached hereto.

7.    I shall supplement this affidavit immediately upon my learning that any of the representations contained herein are incorrect or if there are any changes in the circumstances relating to these representations.

8.    Due to the size and diversity of its practice, Archer may have represented or otherwise dealt with, and may now be representing or otherwise dealing with various persons (and their attorneys and accountants) who are or may consider themselves creditors or parties in interest in this case but who are not presently identified as creditors or parties in interest. However, such representation or involvement, if any, does not relate to the Debtor or its estate. To the extent that any such connections, affiliations or relationships are determined to exist, Archer will promptly file a supplemental affidavit disclosing them.

9.    No agreement exists, nor will any be made, to share any compensation received by Archer for its services with any other person or firm.  Archer is willing to be retained by the Trustee and will make appropriate application to this Court for compensation and reimbursement of out-of-pocket expenses, all in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules of the District of Delaware and any Orders of the Court entered in this case.

_____

ALAN M. ROOT

Sworn and subscribed to before me
this ___ day of October, 2018.

_____
NOTARY PUBLIC

3

**Schedule 1**
**Parties Searched for Potential Conflicts**

**Debtor**:
Links of London, Inc.

**Unsecured Creditors (based on Debtor's draft Schedules):**
Atlantic / De Lage Landen Financial Serv.
Capitol Light
Coloredge, Inc
Dell Marketing L.P.
Engraving By Jack
Global Facility Management & Construction
Benefitplan Manager
KVB Partners Inc.
Masterpiece International, Ltd
ScentAir Technologies, Inc.
Staples Business Advantage
Towerstream Corporation
Academy Engraving, Inc.
Windstream / Broadview Networks
DGA Security Systems, Inc.
Direct Energy Business
Fed Ex Main Account
Leslie Water Works Inc.
Avedis Vinasian
Malca Amit USA
The Goldsmith at Chestnut Hill
Pitney Bowes Global Financial Services LLC
Blackstone Enterprises, Inc.
Advance Metro of NY
Cogent Communications, Inc
RKA Enterprises dba Sign Xpress
GravoTech, Inc
Linkedin Corporation
Piece Management, Inc.
QSI Facilities
Executive Cleaning Service, LLC
Cosmos
Wendy Hope
Datamax Services, Inc.
Gilbert Displays, Inc.
Shopping Links
Olga Naiman
Keter Environmental Services, Inc.
Reliable Window Cleaning Co.

Fry-Wagner Moving Storage Co.
Shawmut Design and Construction
Securitas Security Services USA, Inc.
Pest Elimination Systems Technology Inc.
ShopperTrak RCT Corporation
Illustration (USA) Inc.
Zeus Enterprise Inc. d/b/a Yieldify
Lena Tesone
Casadevall Romania S.R.L.
PJ Mechanical Service Maintenance Corp.
RGIS
Connoisseurs UK/Goodman Bros Ltd.
Boom Imaging
Vanguard Direct
C Publishing LLC

**Landlords**
369 Lexington Borrower, LLC
Uniball-Rodamco Westfield
Resource Energy Systems, LLC
200 Park LP
Source One
A/R Retail LLC
Simon
Madison Tower Associates
Acadia
Gotham Mini Storage
Advance Metro NY
Simon Property Group
Slam It, LLC
Kensington Delaware/RACH Delaware, LLC
Forum Shops, LLC
ZZZZZ Best Ent., Inc.
New WTC Retail Owner LLC
Westfield World Trade Center

**Professionals**:
Young, Conaway, Stargatt & Taylor LLP

**Delaware Bankruptcy Judges**:
Kevin J. Carey
Kevin Gross
Brendan L. Shannon
Laurie Selber Silverstein
Christopher S. Sontchi
Mary F. Walrath

**Trial Attorneys for Office of the U.S. Trustee**:
Thomas Patrick Tinker
David Buchbinder
Linda Casey
Timothy J. Fox, Jr.
Benjamin Hackman
Brya Keilson
Mark Kenney
Jane Leamy
Hannah M. McCollum
Juliet Sarkessian
Richard Schepacarter

**Staff of the Office of the U.S. Trustee**:
Lauren Attix
Holly Dice
Shakima L. Dortch
Diane Giordano
Christine Green
Jeffrey Heck
James R. O'Malley
Michael Panacio
Edith A. Serrano
Karen Starr
Ramon Vinson
Michael West
Dion Wynn

115908821v1