

**New York State Department of Labor**
Andrew M. Cuomo, *Governor*
Roberta Reardon, *Commissioner*

FILED

11/01/18    2018 NOV -5  AM 9: 45

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

CLERK OF THE COURT
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 MARKET STREET, 3RD FL
WILMINGTON, DE 19801

RE: LINKS OF LONDON INC
ER# 05-65966
ARRANGEMENT# 18-12365

Dear Sir:

    Enclosed is an Unliquidated Claim of the New York State Department of Labor for Unemployment Insurance Contributions due from the above. The State of New York claims priority in payment under the provisions of the New York State Unemployment Insurance Law.

    Please acknowledge receipt of this claim to the Unemployment Insurance Division in the enclosed envelope.

Very truly yours,

Marta Cole
UI Employer Compliance Agent 2

MC:mc
Encl.

IA168.2U (6-12)

**New York State Department of Labor**
Andrew M. Cuomo, *Governor*
Roberta Reardon, *Commissioner*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF DELAWARE<br>ARRANGMENT# 18-12365 | UNLIQUIDATED CLAIM FOR<br>UNEMPLOYMENT<br>INSURANCE CONTRIBUTIONS DUE –<br>PRIORITY CLAIM |

CLERK OF COURT
U.S. BANKRUPTCY COURT
824 MARKET STREET, 3RD FL
WILMINGTON, DE 19801

IN THE MATTER OF:
LINKS OF LONDON INC
ER# 05-65966

____DEBTOR____

1. <u>Marta Cole</u> is an agent of the New York State Department of Labor, Unemployment Insurance Division, and is authorized to make this claim on behalf of the Commissioner of Labor of the State of New York pursuant to Article 18 of the Labor Law of the State of New York.

2. The debtor is justly and truly liable to the New York State Department of Labor for unpaid unemployment insurance contributions in an amount unknown at the present time.

3. The New York State Department of Labor will file a claim and assessments in these proceedings as soon as the necessary information can be obtained to fix and determine the debt. Such claim is capable of liquidation or of reasonable assessment, and such liquidation or assessment will not unduly delay the proceedings herein.

4. The New York State Department of Labor claims **priority** for the payment of such unemployment insurance contributions as are due.

5. There are no setoffs or counterclaims.

6. Correspondence regarding this claim should be forwarded to the New York State Department of Labor, Insolvency Unit, at the address indicated above.

**Dated: 11/01/18**

Commissioner of Labor

By: *Marta Cole* (signature)
Marta Cole
UI Employer Compliance Agent 2
Unemployment Insurance Division

IA 38U (6-12)

Telephone (518) 485-1999    nysdol@labor.state.ny.us    Fax (518) 457-3256

NYS Department of Labor, State Office Campus, Building # 12, Room # 256, Albany, NY 12240