# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LINKS OF LONDON, INC.<br><br>Debtor. | Chapter 7<br><br>Case No. 18-12365 (CSS)<br>(Jointly Administered)<br><br>**Hearing Date: June 17, 2020 at 10:15 a.m. (ET)**<br>**Objection Deadline: May 12, 2020 at 4:00 p.m. (ET)** |

## SECOND INTERIM FEE APPLICATION OF ARCHER & GREINER, P.C., ATTORNEYS FOR DAVID W. CARICKHOFF, CHAPTER 7 TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2019 THROUGH MARCH 31, 2020

| | |
|---|---|
| *Name of Applicant*: | Archer & Greiner, P.C. |
| *Authorized to Provide Professional Services to*: | David W. Carickhoff, Ch. 7 Trustee |
| *Date of Retention*: | November 19, 2018, *nunc pro tunc* to October 19, 2018 |
| *Period for which Compensation and Reimbursement is Sought*: | March 1, 2019 through March 31, 2020 |
| *Amount of Compensation Sought as Actual, Reasonable, and Necessary*: | $38,866.50 |
| *Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary*: | $342.88 |

This is a: _____ Monthly    ✓ Quarterly    _____ Final Application

| Prior Interim Applications | | Requested | | Allowed | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 3/20/19 | 10/19/18 – 2/28/19 | $55,551.50 | $337.21 | $55,551.50 | $337.21 |

## ATTACHMENT B
## TO FEE APPLICATION

| NAME OF PROFESSIONAL | POSITION, YEAR ASSUMED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Christian E. Hansen | Paralegal. Joined the firm in 2018. | $205.00<br>$215.00 | 4.6<br>1.0 | $943.00<br>$215.00 |
| S. Alexander Faris | Former associate in Bankruptcy and Restructuring Group. Admitted in Delaware in 2016. Joined firm in 2017. Left firm in 2019. | $285.00 | 5.3 | $1,510.50 |
| Kevin F. Shaw | Associate in Bankruptcy and Restructuring Group. Admitted in Delaware in 2016. Joined firm in 2019. | $350.00 | 2.9 | $1,015.00 |
| Alan M. Root | Partner in Bankruptcy and Restructuring Group. Admitted in Delaware in 2010. Joined firm in 2016 | $450.00<br>$475.00 | 63.9<br>2.6 | $28,755.00<br>$1,235.00 |
| David W. Carickhoff | Shareholder in Bankruptcy and Restructuring Group. Practicing in Delaware and Pennsylvania since 1998. Joined firm in 2013. | $575.00 | 8.7 | $5,002.50 |
| Stephen M. Packman | Shareholder and head of Bankruptcy and Restructuring Group. Admitted in New Jersey and Pennsylvania in 1989. Joined firm in 1992. | $635.00 | 0.3 | $190.50 |
|  |  |  | 89.3 |  |
| **Grand Total**: |  |  |  | $38,866.50 |
|  | **Blended Rate** | $435.24 |  |  |

## COMPENSATION BY PROJECT CATEGORY

|  | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 01 | Archer & Greiner Fee/Employment Application | 9.0 | $2,685.50 |
| 02 | Other Professionals' Fee Employment Issues | 0.4 | $86.00 |
| 03 | Executory Contracts and Unexpired Leases | 10.3 | $4,176.50 |
| 04 | Claims Analysis and Objections | 1.3 | $597.50 |
| 05 | Meetings | | |
| 06 | Case Administration | 3.0 | $1,263.50 |
| 07 | Debtor's Operations | | |
| 08 | Labor and Employment Issues | | |
| 09 | Financing Issues | | |
| 10 | Financing Issues (DIP Financing/Cash Collateral) | | |
| 11 | Real Estate and Environmental Issues | | |
| 12 | Sale of Assets | 51.1 | $23,702.50 |
| 13 | Stay Relief Issues | | |
| 14 | Secured Creditors / Equipment Lessor Issues (includes lien investigation) | | |
| 15 | Tax Issues | | |
| 16 | Recovery Actions (includes avoidance actions) | 0.6 | $345.00 |
| 17 | Hearings – Preparation and Attendance | | |
| 18 | Other Litigation | 13.6 | $6,010.00 |
| 19 | Non-Working Travel Time | | |
| 20 | Financing Issues (DIP Financing/Cash Collateral) | | |
| 21 | Regulatory Issues | | |

**Total Fees:** $38,866.50

**EXPENSE SUMMARY**

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| In-House Photocopying | | $48.90 |
| Postage | | $11.80 |
| Delivery Service / Messengers | DLS Discovery | $27.50 |
| Outside Services | LexisNexis | $73.18 |
| Bankruptcy Fees | | $181.00 |
| **TOTAL** | | **$342.38** |

216115609v1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LINKS OF LONDON, INC.<br><br>                              Debtor. | Chapter 7<br><br>Case No. 18-12365 (CSS)<br>(Jointly Administered)<br><br>**Hearing Date: June 17, 2020 at 10:15 a.m. (ET)**<br>**Objection Deadline: May 12, 2020 at 4:00 p.m. (ET)** |

## SECOND INTERIM FEE APPLICATION OF ARCHER & GREINER, P.C., ATTORNEYS FOR DAVID W. CARICKHOFF, CHAPTER 7 TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2019 THROUGH MARCH 31, 2020

      Pursuant to sections 330 and 331 of title 11 of the United States Code (the *"Bankruptcy Code"*), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the *"Bankruptcy Rules"*), and Local Rule 2016-2, Archer & Greiner, P.C. (*"Archer & Greiner"*), counsel to David W. Carickhoff, the Chapter 7 Trustee (the *"Trustee"*), hereby submits its Second Interim Fee Application for Compensation and Reimbursement of Expenses for the Period of March 1, 2019 through March 31, 2020 (*"Fee Application"*).

      By this Fee Application, Archer & Greiner seeks interim allowance of compensation in the amount of $38,866.50 and actual and necessary expenses in the amount of $342.38 for a total of $39,208.88 and payment of the unpaid amount of such fees and expenses, for the period of March 1, 2019 through March 31, 2020 (the *"Application Period"*).

## JURISDICTION

1. The Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this chapter 7 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2. On October 18, 2018 (the "*Petition Date*"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code.

3. On October 19, 2018, the Trustee was appointed as chapter 7 trustee of the Debtor's estate pursuant to section 701(a) of the Bankruptcy Code.

4. The section 341(a) meeting of creditors was held and concluded on November 16, 2018.

5. On October 30, 2018, the Application to Employ Archer & Greiner, PC as Counsel to David W. Carickhoff, the Chapter 7 Trustee Nunc Pro Tunc to October 19, 2018 [Docket No. 18] was filed with the Court. The Court approved the employment of Archer & Greiner, *nunc pro tunc* as of October 19, 2018, by order entered November 19, 2018 [Docket No. 37].

6. Archer & Greiner is a nationally recognized law firm with extensive experience and expertise in bankruptcy and reorganization proceedings, particularly with respect to the representation of debtors, creditors' committees, and chapter 7 trustees.

## IDENTITY OF PROFESSIONALS

8. The attorneys and paraprofessionals of Archer & Greiner who have rendered professional services in these cases during the application period are identified in the Attachment "B" which form is included directly behind the cover sheet of this Application.

9. Archer & Greiner, through the above named persons, has advised the Trustee with respect to legal matters in connection with the stabilization and administration of the Debtor's estate and the Trustee's duties and responsibilities under the Bankruptcy Code. Among other things, Archer & Greiner has prepared and/or assisted in the preparation of various motions, applications and orders, had meetings with certain creditors and other interested parties, and has appeared in court on behalf of the Trustee. Archer & Greiner has performed all necessary and appropriate professional services as described and narrated in detailed and on Exhibit "A" attached hereto.

10. The rates charged are Archer & Greiner's normal hourly rates for work of this nature. The reasonable value of the services rendered by Archer & Greiner to the Trustee in connection with this matter during the application period is $38,866.50.

## SUMMARY OF SERVICES BY PROJECT

(a)      1: Archer & Greiner Fee/Employment Applications

         Fees: $2,685.50          Total Time: 9.0

This category relates to time spent on the fee and retention applications of Archer & Greiner as opposed to fee applications of other professionals in this proceeding. During the Application Period, Archer & Greiner prepared its first interim fee application and the supplemental declaration to its application for retention of Archer & Greiner as counsel for the Trustee.

(b)      2: Other Professionals' Fee Employment Issues

         Fees: $86.00          Total Time: 0.4

This category includes tasks related to the preparation of an assistance with outside professionals' fee applications, retention of professionals, preparation of professional's retention

applications and analysis of other professionals' fee applications. During the Application Period, Archer & Greiner prepared the supplemental declaration to the application to retain Giuliano, Miller & Company, LLC as the Trustee's financial advisor.

(c)     3:  Executory Contracts and Unexpired Leases

  Fees:  $4,176.50  Total Time:  10.3

This category deals with tasks relating to the analysis, termination and/or rejection of executory contracts and unexpired leases. During the Application Period, among other things, Archer & Greiner prepared and prosecuted a second motion to extend the deadline to assume or reject certain contracts. In addition, Archer & Greiner assisted the Trustee in communicating with various landlords and parties in interest regarding store leases and related issues. Among other things, Archer & Greiner advised the Trustee with respect to issues relating to the Debtor's agreements with Bloomingdales.

(d)     4. Claims Analysis and Objections

  Fees:  $597.50  Total Time: 1.3

This category deals with the analysis and reconciliation of claims filed against the Debtor's estate and the filing and prosecution of claims objections. During the Application Period, Archer & Greiner assisted the Trustee in the review and negotiation of a stipulation between the Trustee and landlord 200 Park, L.P. regarding the landlord's lease rejection claim and the landlord's request to setoff such claim against a prepetition security deposit.

(e)     6:  Case Administration

  Fees:  $1,263.50  Total Time: 3.0

This category includes tasks related to case management, monitoring docket updates, electronic filing, inquiries by creditors and parties in interest, various status reports, research and

general matters of administration. Among other things, Archer & Greiner assisted the Trustee in connection with issues related to the collection, storage, turnover, and/or abandonment of property of the estate. In addition, Archer & Greiner prepared various filings, agendas, and hearing binders on behalf of the Trustee.

(f)     12. Sale of Assets

Fees: $23,702.50     Total Time: 51.1

This category relates to tasks dealing with the liquidation and sale of assets of the estate by way of auction and negotiated and ongoing tasks relating to such issues. During the Application Period, Archer & Greiner, among other things, assisted the Trustee in communicating and negotiating with potential buyers for the Debtor's jewelry inventory. In addition Archer & Greiner performed sale related legal research and drafted sale related papers and documents a sale motion and a form Asset Purchase Agreement. In addition, Archer & Greiner assisted the Trustee in closing on a sale of the Debtor's jewelry inventory and addressed certain post-closing issues.

(g)     18. Other Litigation

Fees: $6,010.00     Total Time: 13.6

This category deals with matters relating to the investigating of potential estate causes of action, pre-petition litigation issues and other litigation matters. During the Application Period, Archer & Greiner addressed the turnover of certain of the Debtor's jewelry inventory held by Bloomingdale's, Inc., including preliminary communications, preparation of demand letters and drafting and filing the *Complaint for (i) Turnover of Estate Property and (ii) Wilfull Violation of the Automatic Stay*. Thereafter, Archer & Greiner assisted the Trustee in resolving the pending litigation against Bloomingdales.

**ACTUAL AND NECESSARY EXPENSES**

11. A summary of actual and necessary expenses incurred by Archer & Greiner for the application period is attached hereto as Exhibit "A." Archer & Greiner charges $.10 per page for photocopying. In addition, Archer & Greiner uses outside copier services for high volume projects, and this application seeks recovery of those costs, if applicable. Archer & Greiner also charges clients $.95 per page for outgoing facsimile transactions and does not charge for incoming facsimile transactions. Online legal research (Lexis and Westlaw) is charged at Archer & Greiner's discounted cost, which is computed each month based upon the negotiated discount charge to Archer & Greiner and the allocations of the savings realized during each month.

12. Archer & Greiner believes the foregoing rates are market rates that the majority of law firms charge clients for such services. The reasonable value of the expenses incurred by Archer & Greiner to the Trustee in connection with this matter during the Application Period is $342.38.

**RELIEF REQUESTED**

13. Pursuant to this Fee Application, Archer & Greiner requests allowance of compensation for actual and necessary professional services rendered in the amount of $38,866.50 for the Application Period, and reimbursement of reasonable and necessary out-of-pocket expenses in the amount of $342.38 for the Application Period.

14. At all relevant times, Archer & Greiner has been a disinterested person as that term is defined in section 101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interest of the Trustee.

15. All services for which compensation is requested by Archer & Greiner were performed for or on behalf of the Trustee.

16. Archer & Greiner has received no payment and no promises for payment from any source other than the estate for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Fee Application. No agreement or understanding exists between Archer & Greiner and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with this case. Archer & Greiner has received no retainer in this matter.

17. The professional services and related expenses for which Archer & Greiner requests interim allowance were rendered and incurred in connection with this case and the discharge of Archer & Greiner's professional responsibilities as attorneys for the Trustee. Archer & Greiner's services have been necessary and beneficial to the Trustee, the estate, creditors and other parties in interest.

18. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount of fees requested by Archer & Greiner is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

19. The undersigned hereby certifies that this Fee Application complies with Del. Bankr. LR 2016-2.

**NOTICE**

20. As required by the Bankruptcy Rules, a copy of this Fee Application has been served upon counsel to the Debtor, the Office of the United States Trustee, and all parties requesting notice pursuant to Bankruptcy Rule 2002.

**WHEREFORE**, Archer & Greiner respectfully requests that the Court enter an order, in the form attached hereto (i) approving this Fee Application, (ii) providing that an interim allowance be made to Archer & Greiner in the sum of $38,866.50 as compensation for reasonable and necessary professional services rendered to the Trustee and in the sum of $342.38 for reimbursement of actual and necessary costs and expenses incurred, for a total of $39,208.88, (iii) authorizing the Trustee to pay Archer & Greiner the outstanding amount of such sums, and (iv) for such other and further relief as the Court deems proper and just.

Dated:  April 21, 2020

By: /s/ *Alan M. Root*
Alan M. Root (No. 5427)
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Telephone (302) 777-4350
Email aroot@archerlaw.com

*Attorneys for the Chapter 7 Trustee*

218298473v1