# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| LINKS OF LONDON, INC., | Case No. 18-12365 (KBO) |
| Debtor. | **Hearing Date: 9/8/22 @ 10:00 a.m. (ET)**<br>**Objection Deadline: 8/12/22 @ 4:00 p.m. (ET)** |

## THIRD INTERIM FEE APPLICATION OF ARCHER & GREINER, P.C., ATTORNEYS FOR DAVID W. CARICKHOFF, CHAPTER 7 TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2020 THROUGH JUNE 30, 2022

| | |
|---|---|
| *Name of Applicant*: | Archer & Greiner, P.C. |
| *Authorized to Provide Professional Services to*: | David W. Carickhoff, Ch. 7 Trustee |
| *Date of Retention*: | November 19, 2018, *nunc pro tunc* to October 19, 2018 |
| *Period for which Compensation and Reimbursement is Sought*: | April 1, 2020 through June 30, 2022 |
| *Amount of Compensation Sought as Actual, Reasonable, and Necessary*: | $107,104.50[1] |
| *Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary*: | $227.76 |

This is a:    ✓ Interim    ____ Final Application    ____ Monthly Statement

---

[1] The fees requested by this Application reflect a voluntary reduction in the amount of $10,855. In the event that Archer & Greiner is required to respond to any objection(s) to its fee application, it reserves the right to seek payment for the amount of the voluntary reduction in any final fee application.

| Prior Interim Applications | | Requested | | Allowed | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 3/20/19 | 10/19/18 – 2/28/19 | $55,551.50 | $337.21 | $55,551.50 | $337.21 |
| 4/21/20 | 3/1/19 – 3/30/20 | $38,866.50 | $342.88 | $38,866.50 | $342.88 |

**ATTACHMENT B**
**TO FEE APPLICATION**

| NAME OF PROFESSIONAL | POSITION, YEAR ASSUMED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Christian E. Hansen | Paralegal. Joined the firm in 2018. | $215.00<br>$220.00<br>$225.00 | 4.1<br>27.0<br>2.5 | $881.50<br>$5,940.00<br>$562.50 |
| Sabrina N. Espinal | Associate in Bankruptcy and Restructuring Group. Admitted in Pennsylvania in 2022. Joined firm in 2021. | $275.00 | 12.9 | $3,547.50 |
| Lance A. Schildkraut | Associate in Bankruptcy and Restructuring Group. Admitted in New York and New Jersey in 1998. Joined firm in 2018. | $270.00<br>$300.00<br>$320.00 | 6.3<br>77.7<br>0.6 | $1,701.00<br>$23,310.00<br>$192.00 |
| Kevin F. Shaw | Former Associate in Bankruptcy and Restructuring Group. Admitted in Delaware in 2016. Joined firm in 2019. | $350.00<br>$370.00 | 0.4<br>0.6 | $140.00<br>$222.00 |
| Alan M. Root | Partner in Bankruptcy and Restructuring Group. Admitted in Delaware in 2010. Joined firm in 2016 | $475.00<br>$490.00<br>$505.00 | 4.6<br>16.9<br>47.0 | $2,185.00<br>$8,281.00<br>$23,735.00 |
| Gerard DiConza | Partner in Bankruptcy and Restructuring Group. Admitted in New York in 1995. Joined firm in 2018. | $690.00<br>$710.00 | 7.9<br>43.6 | $5,451.00<br>$30,956.00 |
|  |  |  | 252.1 |  |
| **Grand Total:** |  |  |  | $107,104.50 |
|  | **Blended Rate** | $424.85 |  |  |

## COMPENSATION BY PROJECT CATEGORY

|  | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 01 | Archer & Greiner Fee/Employment Application | 7.4 | $2,250.50 |
| 02 | Other Professionals' Fee Employment Issues | 0.5 | $110.00 |
| 03 | Executory Contracts and Unexpired Leases | | |
| 04 | Claims Analysis and Objections | 54.3 | $24,693.50 |
| 05 | Meetings | | |
| 06 | Case Administration | 27.0 | $9,024.00 |
| 07 | Debtor's Operations | | |
| 08 | Labor and Employment Issues | | |
| 09 | Financing Issues | | |
| 10 | Financing Issues (DIP Financing/Cash Collateral) | | |
| 11 | Real Estate and Environmental Issues | | |
| 12 | Sale of Assets | 7.3 | $3,037.00 |
| 13 | Stay Relief Issues | | |
| 14 | Secured Creditors / Equipment Lessor Issues (includes lien investigation) | | |
| 15 | Tax Issues | 1.7 | $843.50 |
| 16 | Recovery Actions (includes avoidance actions) | 146.0 | $64,555.50 |
| 17 | Hearings – Preparation and Attendance | 7.6 | $2,470.00 |
| 18 | Other Litigation | 0.3 | $120.50 |
| 19 | Non-Working Travel Time | | |
| 20 | Financing Issues (DIP Financing/Cash Collateral) | | |
| 21 | Regulatory Issues | | |

**Total Fees:** **$107,104.50**

**EXPENSE SUMMARY**

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---:|
| In-House Photocopying | | $3.60 |
| Postage | | $14.72 |
| Delivery Service / Messengers | Federal Express | $21.44 |
| Bankruptcy Fees | | $188.00 |
| **TOTAL** | | **$227.76** |

216115609v1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| LINKS OF LONDON, INC., | Case No. 18-12365 (KBO) |
| Debtor. | **Hearing Date: 9/8/22 @ 10:00 a.m. (ET)**<br>**Objection Deadline: 8/12/22 @ 4:00 p.m. (ET)** |

## THIRD INTERIM FEE APPLICATION OF ARCHER & GREINER, P.C., ATTORNEYS FOR DAVID W. CARICKHOFF, CHAPTER 7 TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2020 THROUGH JUNE 30, 2022

Pursuant to sections 330 and 331 of title 11 of the United States Code (the *"Bankruptcy Code"*), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the *"Bankruptcy Rules"*), and Local Rule 2016-2, Archer & Greiner, P.C. (*"Archer & Greiner"*), counsel to David W. Carickhoff, the Chapter 7 Trustee (the *"Trustee"*), hereby submits its Third Interim Fee Application for Compensation and Reimbursement of Expenses for the Period of April 1, 2020 through June 30, 2022 (*"Fee Application"*).

By this Fee Application, Archer & Greiner seeks interim allowance of compensation in the amount of $107,104.50 and actual and necessary expenses in the amount of $227.76 for a total of $107,332.26 and payment of the unpaid amount of such fees and expenses, for the period of April 1, 2020 through June 30, 2022 (the *"Application Period"*).

## JURISDICTION

1. The Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this chapter 7 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2. On October 18, 2018 (the "*Petition Date*"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code.

3. On October 19, 2018, the Trustee was appointed as chapter 7 trustee of the Debtor's estate pursuant to section 701(a) of the Bankruptcy Code.

4. The section 341(a) meeting of creditors was held and concluded on November 16, 2018.

5. On October 30, 2018, the Application to Employ Archer & Greiner, PC as Counsel to David W. Carickhoff, the Chapter 7 Trustee Nunc Pro Tunc to October 19, 2018 [Docket No. 18] was filed with the Court. The Court approved the employment of Archer & Greiner, *nunc pro tunc* as of October 19, 2018, by order entered November 19, 2018 [Docket No. 37].

6. Archer & Greiner is a nationally recognized law firm with extensive experience and expertise in bankruptcy and reorganization proceedings, particularly with respect to the representation of debtors, creditors' committees, and chapter 7 trustees.

## IDENTITY OF PROFESSIONALS

8. The attorneys and paraprofessionals of Archer & Greiner who have rendered professional services in these cases during the application period are identified in the Attachment "B" which form is included directly behind the cover sheet of this Application.

9.  Archer & Greiner, through the above-named persons, has advised the Trustee with respect to legal matters in connection with the stabilization and administration of the Debtor's estate and the Trustee's duties and responsibilities under the Bankruptcy Code. Archer & Greiner has performed all necessary and appropriate professional services as described and narrated in detailed and on Exhibit "A" attached hereto.

10. The rates charged are Archer & Greiner's normal hourly rates for work of this nature. The reasonable value of the services rendered by Archer & Greiner to the Trustee in connection with this matter during the application period is $107,104.50. **The fees requested by this Application reflect a voluntary reduction of $10,855.**[1]

## SUMMARY OF SERVICES BY PROJECT

(a)      1:  Archer & Greiner Fee/Employment Applications

Fees:  $2,250.50          Total Time: 7.4

This category relates to time spent on the fee and retention applications of Archer & Greiner as opposed to fee applications of other professionals in this proceeding. During the Application Period, Archer & Greiner prepared its second interim fee application and the supplemental declarations to the application for retention of Archer & Greiner as counsel for the Trustee.

(b)      4. Claims Analysis and Objections

Fees:  $24,693.50         Total Time: 54.3

This category deals with the analysis and reconciliation of claims filed against the Debtor's estate and the filing and prosecution of claims objections. During the Application Period, Archer & Greiner analyzed proofs of claim identified by the Trustee as potentially

---

[1] In the event that Archer & Greiner is required to respond to any objection(s) to its fee application, it reserves the right to seek payment for the amount of the voluntary reduction in any final fee application.

3

subject to objection. In connection therewith, Archer & Greiner researched, prepared and filed two omnibus claim objections. In addition, Archer & Greiner believes that the work done in connection with its analysis of claims will result in additional claim objections or resolutions going forward.

(c)          <u>6:  Case Administration</u>

           Fees:  $9,024.00          Total Time: 27.0

This category includes tasks related to case management, monitoring docket updates, electronic filing, inquiries by creditors and parties in interest, various status reports, research and general matters of administration. Among other things, Archer & Greiner assisted the Trustee in connection with issues related to the collection, storage, turnover, and/or abandonment of property of the estate. In addition, Archer & Greiner prepared various filings, agendas, and hearing binders on behalf of the Trustee.

(d)          <u>12. Sale of Assets</u>

           Fees:  $3,037.00          Total Time: 7.3

This category relates to tasks dealing with the liquidation and sale of assets of the estate by way of auction and negotiated and ongoing tasks relating to such issues. During the Application Period, Archer & Greiner assisted the Trustee in conducting a sale of the Debtor's remnant assets. Among other things, Archer & Greiner prepared sale related papers and reviewed and commented on asset purchase agreements from competing bidders for the remnant assets. Archer & Greiner communicated with competing bidders and assisted the Trustee in his solicitation and selection of the highest and best bid for the remnant assets as well as the consummation of the sale.

    (e)        <u>16:  Recovery Actions</u>

        Fees:  $64,555.50        Total Time: 146.0

This category deals with matters relating to pending or contemplated adversary proceedings, including avoidance actions, and litigation to be instituted by or on behalf of the Debtor. During the Application Period, Archer & Greiner spent considerable time assisting the Trustee in conducting an investigation and analysis of the Debtor's books and records to determine potential avoidance action defendants and in connection therewith drafted, filed and served multiple complaints seeking avoidance of transfers pursuant to section 547 and 548 of the Bankruptcy Code.  Archer & Greiner then assisted the Trustee in prosecuting such actions and in negotiating with the defendants.  The Trustee has settled each action on terms favorable to the estate.

    (f)        <u>17:  Hearings – Preparation and Attendance</u>

        Fees:  $2,470.00        Total Time: 7.6

This category deals with preparing for and attending hearings on behalf of the Trustee. During the Application Period, Archer & Greiner drafted hearing agendas and prepared for and attended various hearings on behalf of the Trustee.

## **ACTUAL AND NECESSARY EXPENSES**

11. A summary of actual and necessary expenses incurred by Archer & Greiner for the application period is attached hereto as Exhibit "A."  Archer & Greiner charges $.l0 per page for photocopying.  In addition, Archer & Greiner uses outside copier services for high volume projects, and this application seeks recovery of those costs, if applicable.  Archer & Greiner also charges clients $.95 per page for outgoing facsimile transactions and does not charge for incoming facsimile transactions.  Online legal research (Westlaw) is charged at Archer &

Greiner's discounted cost, which is computed each month based upon the negotiated discount charge to Archer & Greiner and the allocations of the savings realized during each month.

12. Archer & Greiner believes the foregoing rates are market rates that the majority of law firms charge clients for such services. The reasonable value of the expenses incurred by Archer & Greiner to the Trustee in connection with this matter during the Application Period is $227.76.

**RELIEF REQUESTED**

13. Pursuant to this Fee Application, Archer & Greiner requests allowance of compensation for actual and necessary professional services rendered in the amount of $107,104.50 for the Application Period, and reimbursement of reasonable and necessary out-of-pocket expenses in the amount of $227.76 for the Application Period.

14. At all relevant times, Archer & Greiner has been a disinterested person as that term is defined in section 101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interest of the Trustee.

15. All services for which compensation is requested by Archer & Greiner were performed for or on behalf of the Trustee.

16. Archer & Greiner has received no payment and no promises for payment from any source other than the estate for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Fee Application. No agreement or understanding exists between Archer & Greiner and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with this case. Archer & Greiner has received no retainer in this matter.

17. The professional services and related expenses for which Archer & Greiner requests interim allowance were rendered and incurred in connection with this case and the discharge of Archer & Greiner's professional responsibilities as attorneys for the Trustee. Archer & Greiner's services have been necessary and beneficial to the Trustee, the estate, creditors and other parties in interest.

18. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount of fees requested by Archer & Greiner is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

19. The undersigned hereby certifies that this Fee Application complies with Del. Bankr. LR 2016-2.

## NOTICE

20. As required by the Bankruptcy Rules, a copy of this Fee Application has been served upon the Office of the United States Trustee, and all parties requesting notice pursuant to Bankruptcy Rule 2002.

**WHEREFORE**, Archer & Greiner respectfully requests that the Court enter an order, in the form attached hereto (i) approving this Fee Application, (ii) providing that an interim allowance be made to Archer & Greiner in the sum of $107,104.50 as compensation for reasonable and necessary professional services rendered to the Trustee and in the sum of $227.76 for reimbursement of actual and necessary costs and expenses incurred, for a total of $107,332.26, (iii) authorizing the Trustee to pay Archer & Greiner the outstanding amount of such sums, and (iv) for such other and further relief as the Court deems proper and just.

Dated: July 29, 2022						By: /s/ *Alan M. Root*
								Alan M. Root (No. 5427)
								ARCHER & GREINER, P.C.
								300 Delaware Avenue, Suite 1100
								Wilmington, DE 19801
								Telephone (302) 777-4350
								Email aroot@archerlaw.com

								*Attorneys for the Chapter 7 Trustee*

8