**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> LINKS OF LONDON, INC., <br><br> Debtor. | Chapter 7 <br><br> Case No. 18-12365 (KBO) <br><br> **Re: Dkt. No. 141** |

**ORDER GRANTING THIRD INTERIM FEE APPLICATION OF**
**ARCHER & GREINER, P.C., ATTORNEYS FOR DAVID W. CARICKHOFF,**
**CHAPTER 7 TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES FOR THE PERIOD APRIL 1, 2020 THROUGH JUNE 30, 2022**

Upon consideration of the Third Interim Application of Archer & Greiner, P.C. (the "Application") pursuant to Section 330(a) and 331 of Title 11 of the United States Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure, for interim allowance of compensation and reimbursement of expenses for the period from April 1, 2020 through June 30, 2022 (the "Compensation Period"), and the Court having reviewed the Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing thereon, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application, it is hereby

ORDERED, that the Application is granted as set forth herein; and it is further

ORDERED, that Archer & Greiner is awarded interim compensation in the amount of $107,104.50 for professional services rendered and $227.76 for costs and expenses incurred during the Compensation Period; and it is further

ORDERED, that payment may be made by the Chapter 7 Trustee to Archer & Greiner of 100% of any and all fees and 100% of any and all expenses allowed herein

*[signature: Ka B. O——.]*

**Dated: August 30th, 2022**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**